Robyn M. Rebers, OSB# 03430
Robyn M. Rebers LLC
PO Box 3530
Wilsonville, OR 97070
Tel: 503-871-8890
Fax: 888-398-8793
robyn@reberslaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| PETER J. REILLY, Plaintiff. | ) | CV No.: 11-6002-MO |
| v. | ) | ORDER |
| MICHAEL V. ASTRUE, Commissioner of Social Security, Defendant. | ) | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $5545.53 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, ___ U.S. ___, 130 S.Ct. 2521 (2010).

If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

IT IS SO ORDERED.

DATED this ____ day of _Dec_____, 2011.

_____
United States District Judge

Presented by:

Robyn M. Rebers OSB# 03430
Attorney for Plaintiff